IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARY J. WINTER                                                                                     PLAINTIFF

VS.                                                CIVIL ACTION NO. 1:17-cv-069-SA-DAS

WAL-MART STORES, INC. AND WAL-MART #112
AND JOHN DOES 1-5                                                        DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Mary J. Winter, through her attorney, for entry of a judgment dismissing this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that counsel for Defendants; Wal-Mart Stores, Inc. and Wal-Mart #112, both improperly named as parties, and the proper Wal-Mart entity, Wal-Mart Stores East, LP; joins this motion, finds that the requested relief is well founded and should be and hereby is GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the above-styled and numbered cause be and hereby is dismissed with prejudice.

SO ORDERED, this the 19th day of April, 2018.

                                                           /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED:

| s/ Thomas M. Louis | s/ Raju Aundré Branson |
|---|---|
| Thomas M. Louis (MSB No. 8484) | Raju Aundré Branson (MSB No. 99950) |
| Dorissa S. Smith (MSB No. 104541) | Schwartz & Associates, P.A. |
| Wells Marble & Hurst, PLLC | 162 East Amite Street |
| P. O. Box 131 | P.O. Box 3949 |
| Jackson, MS 39205-0131 | Jackson, MS 39207-3949 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |